1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLOUD SYSTEMS HOLDCO IP LLC,<br><br>Plaintiff,<br><br>v.<br><br>RING LLC,<br><br>Defendant. | Case No. 2:23-cv-10910-JWH-MAAx<br><br>(Assigned to Hon. John W. Holcomb)<br><br>**ORDER ENTERING STIPULATED PROTECTIVE ORDER**<br><br>Action Filed: January 2, 2024<br>Trial Date: Not Set |

ORDER ENTERING STIPULATED PROTECTIVE ORDER

Before the Court is Plaintiff Cloud Systems Holdco IP LLC and Defendant Ring LLC's (collectively, "the Parties") Stipulated Protective Order ("Protective Order"). Having considered the Parties' Protective Order, the Court hereby enters the Protective Order.

**IT IS SO ORDERED.**

DATED:  April 16, 2024

_____
THE HONORABLE MARIA A. AUDERO
U.S. MAGISTRATE JUDGE